**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NUMBER 6:18-CR-00035-JRG** |
| **v.** | § | |
| | § | |
| | § | |
| **ROBERT JACOB JONES (3),** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT**
**AND FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John D. Love regarding defendant's plea of guilty to Count Seven with a violation of Title 21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute or Dispense (Methamphetamine, Cocaine, Heroin, Crack Cocaine, Marijuana). Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed **THURSDAY, SEPTEMBER 27, 2018**, are hereby ADOPTED. It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Count Seven of the Indictment in the above-numbered cause.

**So ORDERED and SIGNED this 28th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE